Default Judgment (Based on Prior Judgment) – Page 1                F 9021-1.5

In re:
Eduard Rashoyan and Yeranuhi Barakhyan

                                                                   Debtor.

CHAPTER 7

CASE NUMBER 1:10-bk-24225-VK

**FILED & ENTERED**

**MAY 06 2011**

FOR COURT USE ONLY

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY harraway DEPUTY CLERK**

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Matthew C. Mickelson, State Bar No. 203867
Law Offices of Matthew C. Mickelson
16055 Ventura Blvd., Ste. 1230
Encino, CA 91436
T: 818-382-3360
F: 818-382-3364

*Attorney for Plaintiff and Creditor Mary Akhlaghpour*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
 Eduard Rashoyan and Yeranuhi Barakhyan

                                                                   Debtor.

Mary Akhlaghpour

                                                              Plaintiff(s),

                         vs.

Eduard Rashoyan and Yeranuhi Barakhyan

                                                           Defendant(s).

CHAPTER 7

CASE NUMBER 1:10-bk-24225-VK

ADVERSARY NUMBER

10-1545

DATE: Not applicable

TIME: Not applicable

COURTROOM: 301

## DEFAULT JUDGMENT
## (BASED ON PRIOR JUDGMENT)

Based on the Defendant's failure to respond to the Complaint, the Court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*):  Mary Akhlaghpour
   and against Defendant (*specify name*): Eduard Rashoyan and Yeranuhi Barakhyan

2. ☒ The liability resulting from the judgment previously entered in favor of the Plaintiff as described below is hereby determined to be non-dischargeable under:    ☒ Bankruptcy Code § 523(a)(2)(A)
    ☐ Other *(specify):*

   Case:_Mary Akhlaghpour v. Yeranuhi Barakhyan and Eduardo Rashoyan a.k.a. Eduard Rashoyan, Case No. 09E09102.
   Court: Los Angeles County Superior Court

   A copy of the underlying judgment is attached.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                           F 9021-1.5

Default Judgment (Based on Prior Judgment) – *Page 2*         **F 9021-1.5**

| In re:<br>Eduard Rashoyan and Yeranuhi Barakhyan | Debtor. | CHAPTER 7<br>CASE NUMBER 1:10-bk-24225-VK |
|---|---|---|

3.  a.  ☐ Plaintiff is awarded costs in the following amount:           $
    b.  ☐ Plaintiff is awarded attorney fees in the following amount:   $
    c.  ☐ Plaintiff is granted the following relief *(specify):*        ☐   See Attached Page

4.  ☐ The Court further adjudges as follows:                            ☐   See Attached Page

###

DATED: May 6, 2011

*[signature]*
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                       **F 9021-1.5**

**JUD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Matthew C. Mickelson, State Bar No. 203867<br>Law Offices of Matthew C. Mickelson<br>16055 Ventura Blvd., Ste. 1230<br>Encino, CA 91436<br>TELEPHONE NO.: 818-382-3360    FAX NO. *(Optional)*: 818-382-3364<br>E-MAIL ADDRESS *(Optional)*: mattmickelson@bizla.rr.com<br>ATTORNEY FOR *(Name)*: Mary Akhlaghpour | FILED |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 6230 Sylmar Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Northwest District

PLAINTIFF: Mary Akhlaghpour

DEFENDANT: Yeranuhi Barakhyan, Eduardo Rashoyan a.k.a. Eduard Rashoyan

| JUDGMENT | CASE NUMBER: |
|---|---|
| ☐ By Clerk    ☒ By Default    ☐ After Court Trial<br>☒ By Court    ☐ On Stipulation    ☐ Defendant Did Not Appear at Trial | 09E09102 |

## JUDGMENT

1. ☒ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. ☒ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☒ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. ☐ the signed written stipulation was filed in the case.
   c. ☐ the stipulation was stated in open court    ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by:
      ☐ Plaintiff *(name each)*:
      (1)
      (2)
      ☐ Continued on Attachment 3b.

      ☐ Plaintiff's attorney *(name each)*:
      (1)
      (2)

      ☐ Defendant *(name each)*:
      (1)
      (2)
      ☐ Continued on Attachment 3b.

      ☐ Defendant's attorney *(name each)*:
      (1)
      (2)

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632) ☐ was not ☐ was    requested.

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>JUD-100 [New January 1, 2002] | **JUDGMENT** | Code of Civil Procedure, §§ 585, 664.6<br>*LexisNexis® Automated California Judicial Council Forms* |

| PLAINTIFF: Mary Akhlaghpour | CASE NUMBER: |
|---|---|
| DEFENDANT: Yeranuhi Barakhyan, Eduardo Rashoyan a.k.a. Eduard Rashoyan | 09E09102 |

JUDGMENT IS ENTERED AS FOLLOWS BY:    [X] THE COURT    [ ] THE CLERK

4. [ ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. [X] for plaintiff *(name each):*
      Mary Akhlaghpour
      and against defendant *(names):*
      Yeranuhi Barakhyan
      [X] Continued on Attachment 5a.

   b. [ ] for defendant *(name each):*

   c. [ ] for cross-complainant *(name each):*
      and against cross-defendant *(name each):*
      [ ] Continued on Attachment 5c.

   d. [ ] for cross-defendant *(name each):*

6. **Amount.**
   a. [X] Defendant named in item 5a above must pay plaintiff on the complaint:

   | (1) [X] Damages | $ 15,000.00 |
   |---|---|
   | (2) [X] Prejudgment interest at the annual rate of 10 % | $ 1,520.70 |
   | (3) [ ] Attorney fees | $ |
   | (4) [X] Costs | $ 425.00 |
   | (5) [ ] Other *(specify):* | $ |
   | (6) TOTAL | $ 16,945.70 |

   c. [ ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

   | (1) [ ] Damages | $ |
   |---|---|
   | (2) [ ] Prejudgment interest at the annual rate of % | $ |
   | (3) [ ] Attorney fees | $ |
   | (4) [ ] Costs | $ |
   | (5) [ ] Other *(specify):* | $ |
   | (6) TOTAL | $ |

   b. [ ] Plaintiff to receive nothing from defendant named in item 5b.
      [ ] Defendant named in item 5b to recover costs $
      [ ] and attorney fees $

   d. [ ] Cross-complainant to receive nothing from cross-defendant named in item 5d.
      [ ] Cross-defendant named in item 5d to recover costs $
      [ ] and attorney fees $

7. [ ] Other *(specify):*

Date: 4/2/10

_____
JUDICIAL OFFICER

Date: _____    [ ] Clerk, by _____, Deputy

**CLERK'S CERTIFICATE** *(Optional)*

(SEAL)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]    **JUDGMENT**

LexisNexis® Automated California Judicial Council Forms

## ATTACHMENT 5a

Eduardo Rashoyan a.k.a. Eduard Rashoyan

| In re: | CHAPTER 7 |
|---|---|
| Eduard Rashoyan and Yeranuhi Barakhyan                    Debtor. | CASE NUMBER 1:10-bk-24225-VK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described  DEFAULT JUDGMENT (BASED ON PRIOR JUDGMENT) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___March 21, 2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Victoria S. Kaufman
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 21, 2011 | Matthew C. Mickelson | /s/Matthew C. Mickelson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9021-1.5**

Default Judgment (Based on Prior Judgment) – *Page 4*   **F 9021-1.5**

| In re:<br>Eduard Rashoyan and Yeranuhi Barakhyan | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 1:10-bk-24225-VK |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9021-1.5**

Default Judgment (Based on Prior Judgment) – *Page 5*                                    **F 9021-1.5**

| In re:<br>Eduard Rashoyan and Yeranuhi Barakhyan<br>Debtor. | CHAPTER 7<br>CASE NUMBER 1:10-bk-24225-VK |
|---|---|

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) DEFAULT JUDGMENT (BASED ON PRIOR JUDGMENT) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***February 7, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Alllen A. Sarkissian
salmast@hotmail.com
*Attorney for Defendants*

Nancy J. Zamora
zamora3@aol.com, nzamora@ecf.epiqsystems.com
*United States Trustee*

Matthew C. Mickelson
mattmickelson@bizla.rr.com
*Attorney for Movant*

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Eduard Rashoyan
5731 Woodman Ave., Apt. 202
Van Nuys, CA 91401
*Debtor*

Yeranuhi Barakhyan
5731 Woodman Ave., Apt. 202
Van Nuys, CA 91401
*Debtor*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9021-1.5**

Default Judgment (Based on Prior Judgment) – *Page 6*  **F 9021-1.5**

| In re:<br>Eduard Rashoyan and Yeranuhi Barakhyan | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 1:10-bk-24225-VK |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.5**